# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-3361
LT Case No. 2023-303467-CFDB

_____

ROBERT ALLEN HALE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A.
Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

June 20, 2025

PER CURIAM.

    In this appeal that is proceeding under *Anders v. California*,
386 U.S. 738 (1967), we affirm, without discussion, the judgment
and sentence imposed. We do, however, remand with directions to
the trial court to enter a written order of revocation of probation
that lists the conditions of probation that Appellant admitted to

violating.  *See Freeman v. State*, 225 So. 3d 929, 930 (Fla. 2d DCA 2017).

AFFIRMED; REMANDED with directions.

LAMBERT, JAY, and SOUD, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––